1 | Sarah Shapero (Bar No. 281748)
2 | SHAPERO LAW FIRM
  | 100 Pine St., Ste. 530
3 | San Francisco, California 94111
  | Telephone:   (415) 273-3504
4 | Facsimile:    (415) 358-4116

5 | Attorney for Plaintiff
  | BERTHA CANIZALES

# UNITED STATES DISTRICT COURT

## FOR THE NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA CANIZALES, an individual, | Case No.:  SACV 22-00208JVS(DFMx) |
| Plaintiff, | **ORDER** |
| v. | |
| THE WOLF FIRM, a law corporation; NATIONS DIRECT MORTGAGE, LLC, a limited liability corporation; and DOES 1 TO 50, inclusive. | |
| Defendants. | |

The application for a Temporary Restraining Order came on before the undersigned on February 12, 2022 at10:33 am in of the above-captioned court.

Based on the Application, Points and Authorities, and supporting declarations in the moving papers, and good cause having been shown, the Court finds as follows:

### **TEMPORARY RESTRAINING ORDER**

Pending hearing on the above Order to Show Cause, Defendant, their employees, agents and/or any other person or entity acting with them or on their behalf are restrained and enjoined

//

from the sale of the property located at 36255 82nd St. E, Littlerock, CA 93543.

**IT IS SO ORDERED.**

Date: 2/12/22

_____
United States District Judge
James V Selna

## ORDER TO SHOW CAUSE

TO DEFENDANTS AND THEIR COUNSEL OF RECORD, you are ordered to appear on February 28, 2022 at 1:30 pm in Courtroom 10C of this Court, to show cause as to why a preliminary injunction should not be issued enjoining the sale of the property located at 36255 82nd St. E, Littlerock, CA 93543.

This Order to Show Cause and supporting papers shall be served on Defendant no later than February 15, 2022.  Any Opposition papers by Defendant shall be filed and served on Plaintiff by no later than February 22, 2022.  Any Reply by Plaintiff shall be filed and served by no later than February 25, 2022.

**IT IS SO ORDERED.**

Dated: February 12, 2022

_____
United States District Judge
James V Selna

The parties are directed to address the issue of fraud on the lender in the initiation of the loan.  JVS 2-12-22